IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH L. WALLER                                              PLAINTIFF

        v.                Civil No. 4:10-cv-04140

KIM VAILLANCOURT, Contract Manager,
Correctional Healthcare Management, Inc.;
KYM WILLIAMS, Health Service Administrator,
Correctional Healthcare Management, Inc.;
SGT. GILES, Grievance Officer, Miller County
Detention Center; OFFICER ALVIN HOWARD,
Miller County Detention Center; and NURSE
REGINA STEWART, Correctional Healthcare
Management, Inc.
                                                                          DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff has filed a motion to dismiss (Doc. 31). He indicates he no longer desires to proceed with this case. Defendants have not objected to the dismissal of the case.

I therefore recommend that the motion (Doc. 31) be granted and this case dismissed.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 18th day of April 2011.

                                                                 /s/ Barry A. Bryant
                                                                 HON. BARRY A. BRYANT
                                                                 UNITED STATES MAGISTRATE JUDGE