```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      TEXARKANA DIVISION
```

KENNETH L. WALLER                                          PLAINTIFF

v.                       Case No. 4:10-CV-04140

KIM VAILLANCOURT, Contract
Manager, Correctional Healthcare
Management, Inc.; KYM WILLIAMS,
Health Service Administrator,
Correctional Healthcare Management,
Inc.; SGT. GILES, Grievance
Officer, Miller County Detention
Center; ALVIN HOWARD; and NURSE
REGINA STEWART, Correctional
Healthcare Management, Inc.                               DEFENDANTS

## O R D E R

On this 23rd day of June 2011, there comes on for consideration the Report and Recommendation (Doc. 32) filed in this case on April 18, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Plaintiff's Motion to Dismiss (Doc. 31) is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 23rd day of June 2011.

*/s/ Paul K. Holmes, III*

**PAUL K. HOLMES, III**
**UNITED STATES DISTRICT JUDGE**